Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

**FILED**

APR 1 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>QUALITY 1st Home Improvement,<br><br>Defendant. | Case **2:19-cv-00595-TLN-KJN**<br><br>NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

THE ENTIRE CASE

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated:04/08/19

*/s/ Mark Aussieker*
MARK AUSSIEKER

1

Mark Aussieker,

                Plaintiff(s),

    v.

QUALITY 1st Home Improvement

,

                Defendant(s).

## CERTIFICATE OF SERVICE

I, Mark Aussieker,, hereby certify that I am a party to this action and I am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the NOTICE OF VOLUNTARY DISMISSAL to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

    Addressee:

GARY S KLUCK as agent for
QUALITY 1st Home Improvement
8650 INDIAN HILL COURT
ORANGEVALE CA 95662.

Dated April 8, 2019

*[signature]*